UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE VALSPAR CORPORATION, | )<br>) |
| Plaintiff, | ) Civil Number 12-095<br>)<br>)<br>) |
| v. | )<br>)<br>) |
| THOMAS A. VAN KUREN, | )<br>) |
| Defendant. | ) |

## **ORDER**

CONTI, District Judge.

AND NOW, this 1st Day of May, 2012, upon consideration of Plaintiff's Motion for a Preliminary Injunction (ECF No. 5), after an evidentiary hearing in open court, and as more fully explained in a forthcoming memorandum opinion, it is HEREBY ORDERED that:

1. Plaintiff's Motion for a Preliminary Injunction (ECF No. 5) is GRANTED IN PART;

2. Defendant Thomas A. Van Kuren ("Van Kuren") is preliminarily ENJOINED from (a) continuing employment with Watson Standard, (b) accepting wages or other compensation from Watson Standard, or (c) performing any services for or on behalf of Watson Standard;

3. Van Kuren is preliminarily ENJOINED from disclosing or using any trade secrets or other proprietary or confidential information belonging to Plaintiff The Valspar Corporation ("Valspar");

4. Valspar shall be REQUIRED to pay Van Kuren $130,000 annually, in monthly installments payable in advance and commencing on May 1, 2012. The payments shall continue until such time as the injunction granted herein is no longer in effect;

5. Valspar shall be REQUIRED to pay for or provide all benefits currently provided to Van Kuren by Watson Standard. Such benefits shall include, without limitation, Valspar paying for or providing a healthcare plan, equivalent in coverage to the plan provided by Watson Standard, to Van Kuren and his wife and daughter, until such time as the injunction granted herein is no longer in effect; and

6. The preliminary injunction granted herein shall remain in effect unless otherwise modified by an order of this court, or until such time as a final judgment is entered in the above-captioned case.

By the court,

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge